FILED

MAR 2 8 2013

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,
    Plaintiff,

v.                           Criminal No. 1:13cr23

FRANK NAGI,
    Defendant.          Violations:    18 U.S.C. § 1791(a)(2)
                                                   18 U.S.C. § 1791(b)(4)
                                                   (Misdemeanor)

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Possession of a Prohibited Object)

On or about January 27, 2013, in Monongalia County, West Virginia, within the Northern District of West Virginia, the defendant, FRANK NAGI, an inmate in the custody of the Bureau of Prisons at Federal Correctional Institution Morgantown, did knowingly possess a prohibited object as defined by Title 18, United States Code, Section 1791(d)(1)(F), to wit, a phone and other device used by a user of commercial mobile service (as defined in Title 47, Section 332(d)) in connection with such service, in violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(4).

                                                  WILLIAM J. IHLENFELD, II,
                                                  United States Attorney

                                                   Brandon S. Flower,
                                                 Assistant United States Attorney